UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

PRAGMATUS AV, LLC,

   Plaintiff,

vs.

CITRIX SYSTEMS, INC.,

   Defendant.
_____/

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Pragmatus AV, LLC ("Pragmatus") complains and alleges as follows against Defendant Citrix Systems, Inc. ("Citrix"):

## THE PARTIES

1.   Pragmatus is a limited liability company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business at 601 North King Street, Alexandria, Virginia 22314.

2.   Pragmatus is informed and believes that Citrix is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 851 West Cypress Creek Road, Fort Lauderdale, Florida 33309.

## JURISDICTION AND VENUE

3.   This is an action for patent infringement arising under the patent laws of the United States, United States Code, 35 U.S.C. § 271 et seq.  This Court has subject matter jurisdiction over this action under Title 28 United States Code, §§ 1331 and 1338.

4.   Pragmatus is informed and believes that this Court has personal jurisdiction over

Citrix because it is headquartered within this district, and because Citrix has committed, and continues to commit, acts of infringement in Florida. Pragmatus is informed and believes that Citrix also maintains a registered agent in Florida, namely Corporation Service Company.

5. Venue is proper under 28 U.S.C. §§ 1391 and l400 because Citrix has committed acts of infringement in this district and/or is deemed to reside in this district.

## THE PATENTS-IN-SUIT

6. On June 22, 1999, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 5,915,091 ("the '091 Patent"), entitled "Synchronization in Video Conferencing." Pragmatus holds all right, title and interest in and to the '091 Patent. A true and correct copy of the '091 Patent is attached as Exhibit A.

7. On November 2, 1999, the USPTO duly and legally issued United States Patent No. 5,978,835 ("the '835 Patent"), entitled "Multimedia Mail, Conference Recording and Documents in Video Conferencing." Pragmatus holds all right, title, and interest in and to the '835 Patent. A true and correct copy of the '835 Patent is attached as Exhibit B.

8. On October 25, 2005, the USPTO duly and legally issued United States Patent No. 6,959,322 ("the '322 Patent"), entitled "UTP Based Video Conferencing." Pragmatus holds all right, title, and interest in and to the '322 Patent. A true and correct copy of the '322 Patent is attached as Exhibit C.

9. On April 3, 2001, the USPTO duly and legally issued United States Patent No. 6,212,547 ("the '547 Patent"), entitled "UTP Based Video and Data Conferencing." Pragmatus holds all right, title, and interest in and to the '547 Patent. A true and correct copy of the '547 Patent is attached as Exhibit D.

## COUNT I

### (INFRINGEMENT OF THE '091 PATENT)

10. Pragmatus incorporates by reference herein the averments set forth in paragraphs 1 through 9 above.

11. Citrix has and continues to infringe directly one or more claims of the '091 Patent by making, using, offering for sale, selling and/or practicing the inventions covered by at least claim 19 of the '091 Patent, at least by providing Citrix's GoToMeeting video conferencing program.

12. Citrix has and continues to infringe indirectly one or more claims of the '091 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 19 of the '091 Patent, including at least users of Citrix's GoToMeeting video conferencing program. Pragmatus has provided Citrix written notice of its infringement, and Citrix also has written notice of its infringement by virtue of the filing and service of this Complaint.

13. As a result of Citrix's acts of infringement, Pragmatus has suffered and will continue to suffer damages in an amount to be proved at trial.

## COUNT II

### (INFRINGEMENT OF THE '835 PATENT)

14. Pragmatus incorporates by reference herein the averments set forth in paragraphs 1 through 9 above.

15. Citrix has and continues to infringe directly one or more claims of the '835 Patent by making, using, offering for sale, selling and/or practicing the inventions covered by at least claim 23 of the '835 Patent, at least by providing Citrix's GoToMeeting video conferencing program.

16. Citrix has and continues to infringe indirectly one or more claims of the '835 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 23 of the '835 Patent, including at least users of Citrix's GoToMeeting video conferencing program. Pragmatus has provided Citrix written notice of its infringement, and Citrix also has written notice of its infringement by virtue of the filing and service of this Complaint.

17. As a result of Citrix's acts of infringement, Pragmatus has suffered and will continue to suffer damages in an amount to be proved at trial.

## COUNT III

### (INFRINGEMENT OF THE '322 PATENT)

18. Pragmatus incorporates by reference herein the averments set forth in paragraphs 1 through 9 above.

19. Citrix has and continues to infringe directly one or more claims of the '322 Patent by making, using, offering for sale, selling and/or practicing the inventions covered by at least claim 17 of the '322 Patent, including at least by providing Citrix's GoToMeeting video conferencing program.

20. Citrix has and continues to infringe indirectly one or more claims of the '322 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 17 of the '322 Patent, including at least users of Citrix's GoToMeeting video conferencing program. Pragmatus has provided Citrix written notice of its infringement, and Citrix also has written notice of its infringement by virtue of the filing and service of this Complaint.

21. As a result of Citrix's acts of infringement, Pragmatus has suffered and will continue to suffer damages in an amount to be proved at trial.

## COUNT IV

## (INFRINGEMENT OF THE '547 PATENT)

22. Pragmatus incorporates by reference herein the averments set forth in paragraphs 1 through 9 above.

23. Citrix has and continues to infringe directly one or more claims of the '547 Patent by making, using, offering for sale, selling and/or practicing the inventions covered by at least claim 29 of the '547 Patent, including at least by providing Citrix's GoToMeeting video conferencing program.

24. Citrix has and continues to infringe indirectly one or more claims of the '547 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 29 of the '547 Patent, including at least users of Citrix's GoToMeeting video conferencing program. Pragmatus has provided Citrix written notice of its infringement, and Citrix also has written notice of its infringement by virtue of the filing and service of this Complaint

25. As a result of Citrix's acts of infringement, Pragmatus has suffered and will continue to suffer damages in an amount to be proved at trial.

## PRAYER FOR RELIEF

WHEREFORE, Pragmatus respectfully requests the following relief:

a) A judgment that Citrix has infringed one or more claims of United States Patent Nos. 5,915,091, 5,978,835, 6,959,322 and 6,212,547;

b) A judgment that That United States Patent Nos. 5,915,091, 5,978,835, 6,959,322 and 6,212,547 are valid and enforceable;

c) Pragmatus be awarded damages adequate to compensate Pragmatus for Citrix's infringement of United States Patent Nos. 5,915,091, 5,978,835, 6,959,322 and 6,212,547 up

until the date such judgment is entered, including pre-judgment and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284 and, if necessary, to adequately compensate Pragmatus for Citrix's infringement, an accounting;

d)   A judgment that Pragmatus be awarded attorney fees, costs, and expenses that they incur in prosecuting this action;

e)   A judgment that Pragmatus be awarded such further relief at law or in equity as the Court deems just and proper;

f)   A judgment permanently enjoining Citrix from further infringement of each of United States Patent Nos. 5,915,091, 5,978,835, 6,959,322 and 6,212,547.

## DEMAND FOR JURY TRIAL

Pragmatus hereby demands trial by jury on all claims and issues so triable.

Dated:  November 21, 2011            Respectfully submitted,

ASTIGARRAGA DAVIS MULLINS
 & GROSSMAN, P.A.
701 Brickell Avenue, 16th Floor
Miami, Florida  33131
Telephone:  (305) 372-8282
Facsimile:   (305) 372-8202

By:   /s/ Edward M. Mullins
    Edward M. Mullins, Esq. (Fla. Bar No. 863920)
    emullins@astidavis.com
    Douglas J. Giuliano (Fla. Bar No. 15282)
    dgiuliano@astidavis.com

*Local  Counsel for Plaintiff Pragmatus AV, LLC*

-and-

Ian N. Feinberg*
M. Elizabeth Day*
David Alberti*
Clayton Thompson*
Sal Lim*
Yakov Zolotorev*
Marc Belloli*
FEINBERG DAY ALBERTI & THOMPSON LLP
401 Florence Street, Suite 200
Palo Alto, California  94301
Telephone:  (650) 618-4360
Facsimile:   (650)  618- 4368

*Pro hac vice applications forthcoming*

*Lead Counsel for Plaintiff Pragmatus AV, LLC*